**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>v.<br><br>Brenwin Garice Kayquoptewa,<br><br>            Defendant. | No. CR-15-8194-PCT-SPL (DKD)<br><br>**DETENTION ORDER** |

On January 19, 2016, Defendant appeared before this Court on a petition to revoke conditions of release and submit the issue to the Court. The Court considered the information provided to the Court in determining whether the Defendant should be released on conditions set by the Court.

The Court finds, by clear and convincing evidence, that Defendant has violated the conditions of release and that there is no condition or combination of conditions available to the Court that will reasonably assure the appearance of Defendant as required. 18 U.S.C. § 3148(b).

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated this 19th day of January, 2016.

Honorable John Z. Boyle
United States Magistrate Judge